# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JENNIFER PARKER, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Civil Action No: 3:23-cv-791 |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, | ) | Judge Richardson |
| | ) | Magistrate Judge Newbern |
| and | ) | |
| MARK SELLS | ) | JURY DEMAND |
| *Defendants*. | ) | |

## STIPULATION OF DISMISSAL

The parties have reached an agreement to settle this case, under which each party is to bear its own fees and costs. Accordingly, the parties hereby file this stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

*s/ Kyle Mothershead*
Kyle Mothershead (BPR No. 22953)
Aaron Rothbaum (BPR No. 36572)
Relentless Advocacy, PLLC
7000 Executive Center Drive, Suite 240
Brentwood, TN 37027
T: (615) 891-3901 / F: (615) 229-6387
E: Kyle@relentlesslaw.com

Dawn Deaner (BPR No. 017948)
Choosing Justice Initiative
1623 Haynes Meade Cir.
Nashville, TN 37207

(615) 431-3746
dawndeaner@cjinashville.org
*Counsel for Plaintiff Jennifer Parker*


DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (BPR No. 9949)
DIRECTOR OF LAW

*s/ Allison L. Bussell*
Allison L. Bussell (BPR No. 23538)
  Associate Director of Law
John K. Whitaker (BPR No. 39207)
  Senior Counsel
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
allison.bussell@nashville.gov
john.whitaker@nashville.gov
*Counsel for Defendant Metropolitan Government of Nashville and Davidson County*


*s/ Kevin Klein*
Kevin C. Klein (#23301)
Matthew JP Horton II (#38724)
KLEIN SOLOMON MILLS PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
(615) 600-4780
kevin.klein@kleinpllc.com
jp.horton@kleinpllc.com
*Counsel for Mark Sells*

# CERTIFICATE OF SERVICE

I hereby certify that on **May 5, 2025**, the **Parties' Joint Stipulation of Dismissal** was filed electronically with the Court's electronic filing system. Notice will be electronically served on **Allison Bussell, John Whitaker, and Samuel Keen**, **Counsels for Defendant Metro**, at allison.bussell@nashville.gov, john.whitaker@nashville.gov and samuel.keen@nashville.gov; **Kevin Klein and Matthew Horton**, **Counsels for Defendant Sells**, at kevin.klein@kleinpllc.com and jp.horton@kleinpllc.com; and Aaron Rothbaum and Dawn Deaner, **Co-counsels for Plaintiff**, at aaron@relentlesslaw.com and dawndeaner@cjinashville.org.

*s/ Kyle Mothershead*
Kyle Mothershead, BPR No. 22953